NUMBER 13-05-319-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


___________________________________________________________________


JAMES R. HARRIS, ET AL., Appellants,


v.



GUERRA & MOORE, LTD., L.L.P., Appellee.

___________________________________________________________________


On appeal from the 93rd District Court 


of Hidalgo County, Texas.


___________________________________________________________________


MEMORANDUM OPINION



Before Justices Hinojosa, Yañez and Garza


Memorandum Opinion Per Curiam




 Appellants, JAMES R. HARRIS, ET AL., perfected an appeal from a judgment
entered by the 93rd District Court of Hidalgo County, Texas, in cause number C-1269-01-B-2. After the record and briefs were filed and after the cause was submitted to
the Court, the parties filed a joint motion to reverse and remand and to expedite
mandate. In the motion, the parties state that on December 12, 2006, they entered
into a settlement agreement, mooting the need for any decision on the appeal in this
matter. The parties request that this Court reverse the judgment of the trial court and
remand the matter to the trial court in accordance with the parties settlement
agreement. The parties further request that the Court expedite the mandate in this
case.

 The Court, having examined and fully considered the documents on file and the
parties' joint motion, is of the opinion that the motion should be granted. The joint
motion is granted, and the judgment of the trial court is hereby REVERSED, and the
cause is REMANDED to the trial court in accordance with the parties' settlement
agreement. It is further ordered that the mandate in this cause issue immediately.


 PER CURIAM

Memorandum Opinion delivered and filed this

the 28th day of December, 2006.